| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)  Alito, Samuel A. | 2. Court or Organization  United States Supreme Court | 3. Date of Report  5/14/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Active | 5a. Report Type (check appropriate type)  ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address  United States Supreme Court 1 First Street, NE Washington, DC 20544 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Advisory Board Member | Association of the Federal Bar of New Jersey |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Alito_Samuel_A

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 5/14/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 9/12/2008 | Pepperdine University - Teaching | $20,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Duke Law School | February 6-7, 2008 | Durham, North Carolina | Moot Court | Transportation, meals, lodging |
| 2. Hofstra Law School | March 11-12, 2008 | Hempstead, New York | Speaking Engagement | Transportation, meals, lodging |
| 3. John Carroll University | April 9, 2008 | Cleveland, Ohio | Speaking Engagement | Transportation and meals |
| 4. The Lawyers Club of Chicago | May 1-2, 2008 | Chicago, Illinois | Speaking Engagement | Transportation, meals, lodging |
| 5. AIDA Reinsurance & Insurance Arbitration Society | May 7, 2008 | Amelia Island, Florida | Speaking Engagement | Transportation and meals |
| 6. Pepperdine University School of Law | July 26-August 8, 2008 | Malibu, California | Teaching | Transportation, meals, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 5/14/2009 |

| | | | | |
|---|---|---|---|---|
| 7. Ewing T. Kerr Inn of Court | August 8-August 13, 2008 | Cheyenne, Wyoming | Speaking Engagement | Transportation, meals, lodging |
| 8. Creighton University School of Law | September 19-20, 2008 | Omaha, Nebraska | Speaking Engagement | Transportation, meals, lodging |
| 9. American College of Trial Lawyers | September 25-27, 2009 | Toronto, Canada | Conference | Transportation, meals, lodging |
| 10 American Judicature Society - Devitt Award Ceremony | October 3-4, 2009 | Lawrence, Kansas | Speaking Engagement | Transportation, meals, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 5/14/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Washington Golf & Country Club (see Section VIII) | Honorary Membership | $0.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 5/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. US Savings Bonds Series EE | | None | L | T | | | | | |
| 2. Vang. Tax Ex. Mny. Mkt. Fund | A | Interest | J | T | | | | | |
| 3. Vang.Inter.Term Tax Ex. Fund | A | Interest | J | T | | | | | |
| 4. Vang. Ins. L. T. Tax Ex. Fund | A | Interest | J | T | | | | | |
| 5. Vang. Star Mut. Fund | B | Dividend | K | T | | | | | |
| 6. Vang. Wellington Mut. Fund | C | Dividend | M | T | | | | | |
| 7. Smith Barney Money Funds Cash Port. | A | Dividend | J | T | | | | | |
| 8. PNC Bank Account | A | Interest | J | T | | | | | |
| 9. Vang. Small Cap. Stock Fund | B | Dividend | L | T | | | | | |
| 10. Vang. Total Stock Mkt. Index F. | B | Dividend | L | T | | | | | |
| 11. Windsor II | A | Dividend | K | T | | | | | |
| 12. Fidelity Eq.-Inc. II Fund | A | Dividend | J | T | | | | | |
| 13. Windsor II (Y) | | | | | | | | | |
| 14. Vang. Tax Ex. Mny. Mkt. | A | Interest | J | T | | | | | |
| 15. Vang. Tax Ex. Mny Mkt. | A | Interest | J | T | | | | | |
| 16. DIS Common Stock | A | Dividend | J | T | | | | | |
| 17. Vang. Inter.-Term. Bond Index F. (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less F –$50,001 - $100,000 | B –$1,001 - $2,500 G –$100,001 - $1,000,000 | C –$2,501 - $5,000 H1 –$1,000,001 - $5,000,000 | D –$5,001 - $15,000 H2 –More than $5,000,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less N –$250,001 - $500,000 P3 –$25,000,001 - $50,000,000 | K –$15,001 - $50,000 O –$500,001 - $1,000,000 | L –$50,001 - $100,000 P1 –$1,000,001 - $5,000,000 P4 –More than $50,000,000 | M –$100,001 - $250,000 P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q –Appraisal U –Book Value | R –Cost (Real Estate Only) V –Other | S –Assessment W –Estimated | T –Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 5/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Citibank Deposit Program | A | Interest | J | T | | | | | |
| 19. BMY Common Stock | A | Dividend | J | T | | | | | |
| 20. XOM Common Stock | B | Dividend | L | T | | | | | |
| 21. PNC Bank Account | | None | J | T | | | | | |

| 1. Income Gain Codes: | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| (See Columns C1 and D3) | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| | P3 –$25,000,001 - $50,000,000 | | P4 –More than $50,000,000 | | |
| 3. Value Method Codes | Q –Appraisal | R –Cost (Real Estate Only) | S –Assessment | T –Cash Market | |
| (See Column C2) | U –Book Value | V –Other | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 5/14/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

Part V - Gifts: I was extended membership to the Washington Golf and Country Club on August 29, 2008; however, I never used the Club's facilities and resigned on December 15, 2008.

Part VII - Investments & Trusts: Lines 13 & 17 - Change in dependents as defined.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544